IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

v                                                                  Cr. No. 05-20215-1-B

GINA WIGGINS

**ORDER REVOKING BOND**

This cause came on to be heard on June 22, 2006, pursuant to a petition for revocation of bond filed by Pretrial Services Officer Setphanie K. Denton, alleging violation of the conditions of the defendant's pretrial release.  Upon the defendant waiving her right to a hearing; the court herby ORDERS that the defendant's bond be and hereby is revoked.  The defendant will be held in custody pending the trial of this matter.

IT IS SO ORDERED.

\_\_s/ James H. Allen\_\_\_\_\_
JAMES H. ALLEN
UNITED STATES MAGISTRATE JUDGE

DATE: June 22, 2006

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____